UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEWEL E DYER,

          Plaintiff,

    v.

NAPA STATE HOSPITAL,

          Defendant.

Case No. 19-cv-04586-JD

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. The Court found that plaintiff had failed to state a claim and dismissed the amended complaint with leave to amend after discussing the deficiencies of the complaint. The time to amend has passed and plaintiff has not filed a second amended complaint or otherwise communicated with the Court. This case is **DISMISSED** with prejudice for failure to state a claim as described in the prior order.

**IT IS SO ORDERED.**

Dated: June 8, 2020

JAMES DONATO
United States District Judge